U.S DIST COURT
AT ROANOKE, VA
FILED

NOV 30 2009

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) Case No. 7:06CR00045<br>) (Case No. 7:09CV80155)<br>) |
| v. | )<br>) **FINAL JUDGMENT AND ORDER**<br>) |
| KAREEM BERLIN FARRIOR, | ) By: Glen E. Conrad<br>) United States District Judge |
| Defendant. | ) |

For the reasons stated in the memorandum opinion entered this day, it is

**ADJUDGED AND ORDERED**

that the government's motion to dismiss is **GRANTED**, the motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255 is **DISMISSED**, and this action is stricken from the active docket of the court. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is **DENIED**.

The Clerk is directed to send copies of this judgment and order to the defendant and to counsel of record for the government.

ENTER: This 30th day of NOVEMBER, 2009.

_____
United States District Judge