UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 16-511
(7:06-cr-00045-GEC-MFU-1)

In re: KAREEM BERLIN FARRIOR,

    Movant.

O R D E R

    Kareem Berlin Farrior has filed a motion pursuant to 28 U.S.C. §§ 2244(b), 2255(h) (2012) for authorization to file a second or successive 28 U.S.C. § 2255 (2012) motion. In support of his application, Farrior relies on the Supreme Court's decision in Johnson v. United States, 135 S. Ct. 2551 (2015) (declaring residual clause of Armed Career Criminal Act unconstitutionally vague). See Welch v. United States, 136 S. Ct. 1257 (2016) (holding Johnson retroactively applicable to cases on collateral review).

    Our review of the relevant materials convinces us that Farrior fails to make the prima facie showing necessary to receive the requested authorization. See 28 U.S.C. § 2255(h); In re Vassell, 751 F.3d 267, 269 (4th Cir. 2014). Even if the holding in Johnson is applicable to the career offender provision in the federal

Sentencing Guidelines, neither of Farrior's predicate offenses is affected by Johnson, because his predicate offenses were drug convictions. Therefore, we deny Farrior's application for authorization.

    Entered at the direction of Judge Wilkinson, Judge Duncan, and Judge Keenan.

> For the Court
>
> /s/ Patricia S. Connor, Clerk